## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

PRUDENCIA AJAGHA )
)
    Petitioner, )
)
)
)
v. )    Case No. CIV-26-396-SLP
)
MARKWAYNE MULLIN, et al., )
)
    Respondents. )

### O R D E R

Before the Court is the Report and Recommendation [Doc. No. 19] (R&R) of United States Magistrate Judge Shon T. Erwin entered April 10, 2026. Judge Erwin advised the Petitioner Prudencia Ajagha (Ajagha) of her right to object to the R&R and directed any objections to be filed on or before April 24, 2026. Judge Erwin further advised Ajagha that any failure to object would waive her right to appellate review of the factual and legal issues addressed in the R&R.

On April 13, 2026, counsel for Petitioner Ajagha, Conrad Bayelle (Bayelle), filed his Motion for Leave to Withdraw as Counsel. [Doc. No. 20]. This Court conditionally granted Bayelle's Motion on April 27, 2026, instructing Bayelle to provide copies of the Order [Doc. No. 21] to Ajagha and to file a Notice with the Court establishing compliance with the provision no later than April 30, 2026. The Court further provided Ajagha an additional thirty (30) days from the date of the April 27, 2026, Order to file an objection to the R&R, either through counsel or proceeding pro se.

On May 7, 2026, this Court issued another Order [Doc. No. 24], again instructing Bayelle to file a Notice with the Court establishing compliance with the previous Order [Doc. No. 21] no later than May 21, 2026. The Court provided Ajagha an additional thirty (30) days from the date of the May 7, 2026, Order to file an objection to the R&R, either through new counsel or proceeding pro se.

Petitioner Ajagha has neither filed an objection nor sought an extension of time in which to do so. And despite Bayelle's failure to comply with this Court's Orders, *see* Doc's No. 21 & 24, the record reflects that the April 27, 2026 and the May 7, 2026 Orders were mailed to Ajagha.[1] *See* [Doc. No. 24]. Therefore, the Court finds that Petitioner Ajagha has waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 19] is ADOPTED in its entirety and that this action shall be DISMISSED without prejudice.

IT IS FURTHER ORDERED that Respondent's Motion for Extension of Time to File a Response to the Complaint [Doc. No. 18] is deemed MOOT.

A separate judgment shall be entered.

IT IS SO ORDERED this 9th day of June, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The Court mailed the Orders to Petitioner Ajagha at the address Bayelle provided for her in his Motion for Leave to Withdraw as Counsel. [Doc. No. 20]. *See* LCvR5.4.